WHITSON, Respondent, v. WHITSON, Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Anna Whitson against John Whitson.

W. E. Ernst, of New York City, for appellant. A. W. Levy, of New York City, for respondent. No opinion. Order modified, by reducing counsel fee to $250, and awarding to the plaintiff $75 a month for the support of the defendant's children, and, as so modified, affirmed, without costs. Order filed.